IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MINE SAFETY APPLIANCES COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>THE NORTH RIVER INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No. 2:09-cv-00348<br><br>FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL OF ALL CLAIMS PURSUANT TO FED.R.CIV.P. 41(a)(2)

Plaintiff Mine Safety Appliances Company and Defendant The North River Insurance Company, pursuant to Fed.R.Civ.P. 41(a)(2), hereby stipulate to the dismissal of all claims and counterclaims with prejudice. Each party will bear its own costs and attorney fees.

Respectfully submitted,

/s/ *Brian T. Himmel*

---

George L. Stewart II, Esquire
Brian T. Himmel, Esquire
Michael H. Sampson, Esquire
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-3131

Robert A. Nicholas, Esquire
Reed Smith LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100
*(Attorneys for Plaintiff, Mine Safety Appliances Company)*

/s/ *Alan S. Miller*

---

Alan S. Miller, Esquire
Houston Harbaugh, P.C.
Three Gateway Center
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA 15222
(412) 281-5060

Dennis O. Brown, Esquire
Gordon & Rees LLP
95 Glastonbury Boulevard, Suite 206
Glastonbury, CT 06033
(860) 278-7448
*(Attorneys for Defendant The North River Insurance Company)*

Dated: ___August 31, 2018___

SO ORDERED:

s/ DAVID STEWART CERCONE
_____
David Stewart Cercone
United States District Judge